# Law Office of Andrew C. Laufer, PLLC

**264 W. 40th Street, Suite 604**
**New York, NY 10018**
**(212) 422-1020 – Phone**
**(212) 422-1069 – Facsimile**
**www.lauferlawgroup.com**

October 19, 2023

**VIA ECF**
United States District Court
Southern District of New York
500 Pearl Street. Room 1010
New York, NY 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____             │
│ DATE FILED: 10/19/2023           │
└─────────────────────────────────┘
```

     **RE:**       **Sackey v. Abdi, et al**
     **Docket No.:**     **1:23-cv-05119-JHR**

Dear Honorable Jennifer H. Rearden:

     This office, as co-counsel with Law Firm of Gropper and Nejat, PLLC, represents Plaintiff, *Kelvin Sackey*, against the Defendants, Ismail Abdi, J.B. Hunt Transport, Inc., J.B. Hunt Transport Services Inc., and J.B. Hunt Logistics, in the above referenced action.
I write, with the consent of Defendant's counsel, to respectfully request an adjournment of the pre-trial conference currently scheduled for October 23, 2023 at 11:30 am to a date and time convenient for the Court due to a conflict.

     This is the first request for an adjournment of the initial pre-trial conference. Thank you for your time and consideration of this matter.

Respectfully submitted,

Andrew C. Laufer

Application GRANTED. The initial pretrial conference is adjourned to October 31, 2023 at 12:15 p.m. The parties are reminded to submit the joint letter and proposed case management plan outlined in ECF No. 7 no later than one week prior to the conference date.

SO ORDERED.

Cc:    GALLO VITUCCI KLAR LLP
       Attorney for Defendants
       Heather C. Ragone, Esq.

Jennifer H. Rearden, U.S.D.J.
Date: Oct. 19, 2023

ACL/bd